**MORRIS v. STATE.**

No. 25155.

Court of Criminal Appeals of Texas.

Feb. 21, 1951.

**MORRIS v. STATE.**

No. 25158.

Court of Criminal Appeals of Texas.

Feb. 21, 1951.

No attorney, for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

WOODLEY, Commissioner.

Conviction is for giving a check in the sum of $20 with the intent to defraud. Up-

622

on a plea of guilty, punishment was assessed at 9 months in the county jail.

There are no bills of exception in the record, and the proceedings appear to be regular.

The judgment is affirmed.

Opinion approved by the Court.

## MORRIS v. STATE.
### No. 25156.

Court of Criminal Appeals of Texas.
Feb. 21, 1951.

## MORRIS v. STATE.
### No. 25157.

Court of Criminal Appeals of Texas.
Feb. 21, 1951.

No attorney on appeal for appellant.

George B. Blackburn, State's Atty., of Austin, for the State.

WOODLEY, Commissioner.

Conviction is for giving a check in the sum of $20 with the intent to defraud. Upon a plea of guilty, punishment was assessed at 9 months in the county jail.

There are no bills of exception in the record, and the proceedings appear to be regular.

The judgment is affirmed.

Opinion approved by the Court.